IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20473-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JOHN DESTEFANO and
DAMIAN QUINN DORRY,

    Defendants.
_____/

## **ORDER**

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-styled case has been assigned, hereby certifies the above matter as ready for reassignment and directs the Clerk's Office to reassign this case to the newly paired Magistrate Judge pursuant to Administrative Orders 2010-145 and 2011-18.

**DONE AND ORDERED** in Chambers at Miami, Florida this **30th** day of January, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Williams
All counsel of record